**Appeal Dismissed and Memorandum Opinion filed December 18, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00542-CV

---

### AMERICAN ACCESS CASUALTY COMPANY, Appellant

### V.

### CIRIACA A.GONGORA O/B/O JOSE V. SORIA-MORAN, Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2017-03396**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed June 19, 2018. Appellant's brief was due October 29, 2018. No brief or motion for extension of time to file the brief was filed.

On November 6, 2018, the court ordered appellant to filed a brief by November 29, 2018. We cautioned that if appellant failed to comply with our order, we would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief has been filed.

Therefore, the appeal is **DISMISSED**.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Donovan.